PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-02129-JAM-DB |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM DECEMBER 29, 2017 TO FEBRUARY 28, 2018 |
| v. | |
| APPROXIMATELY $10,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from December 29, 2017 to February 28, 2018.

**Introduction**

On October 13, 2017, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on October 18, 2017, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on November 17, 2017.

///

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimant Stacey Cheatham via certified and first class mail as well as personal service, but he has not filed a claim. At this point, the time to file a claim and enter the case has expired.

Accordingly, the United States requested a Clerk's Default against Stacey Cheatham and the Court entered a Clerk's Certificate of Entry of Default on December 21, 2017. The United States will file a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case. No party has entered this case claiming an interest in the defendant currency.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to February 28, 2018 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from December 29, 2017 to February 28, 2018, or to a date the Court deems appropriate.

Dated:  12/21/2017                            PHILLIP A. TALBERT
                                              United States Attorney

                                               /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on December 29, 2017 is extended to February 28, 2018.

**IT IS SO ORDERED.**

Dated:  12/21/2017                            /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge